I concur entirely in the main opinion. I write only to note a reason why allowing a person who is the moving force, or one of the moving forces, behind a proposed dismissal to conduct the pre-termination hearing does not impede fairness but promotes it and does not increase the risk of wrongful termination but decreases the risk. Such a procedure allows the employee to hear the grounds for dismissal directly from the superior who thinks the grounds for dismissal exist. If the superior's apprehension that the grounds for dismissal exist is a mistake, such a procedure allows the employee an opportunity directly to disabuse the superior of the mistake and to persuade the superior to reconsider the effort to terminate the employee. In other words, such a system allows direct, unfiltered, undiluted communication and response between the two people most involved in the proposed dismissal. The commonsense benefits of this procedure justify the constitutional doctrine allowing the procedure.